**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ashley King,                                            **Civil No. 06-1661 (RHK-AJB)**

       Plaintiff,

v.                                                  **ORDER OF**
                                                       **DISMISSAL WITH PREJUDICE**

Receivables Performance Management, L.L.C.,

       Defendant.

Based on the Notice of Dismissal filed herewith, this Court hereby **ORDERS** that Plaintiff's Complaint against Defendant, shall be, and herewith is, **DISMISSED WITH PREJUDICE** without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 18, 2006                          s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge